UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SARAH CABRERA, | : | Case No. 3:23-cv-254 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ELSA'S MEXICAN ENTERPRISES, INC., *et al.*, | : | |
| Defendants. | : | |

# ORDER

In accordance with the Court's discussion with the parties at the January 18, 2024 telephone conference, the Court enters this Order, setting the following schedule:

1. Deadline for completing discovery for the purpose of filing, or defending against, a motion seeking court-approved notice to other employees for purposes of joining the suit, in accordance with *Clark v. A&L Homecare and Training Center, LLC*, 68 F.4th 1003 (6th Cir. 2023): **May 17, 2024**.

2. Deadline for filing a motion seeking court-approved notice to other employees for purposes of joining the suit, in accordance with *Clark v. A&L Homecare and Training Center, LLC*, 68 F.4th 1003 (6th Cir. 2023): **June 17, 2024**.

3. The deadlines for filing any memorandum in opposition to such motion and reply memorandum shall be in accordance with S.D. Ohio Civ. R. 7.2.

After the Court decides such a motion (if one is filed), the undersigned will set another telephone conference with the parties for purposes of putting in place another scheduling order that sets relevant dates and deadlines.

**IT IS SO ORDERED.**

January 18, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge