UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SARAH CABRERA,

    Plaintiff,

vs.

ELSA'S MEXICAN ENTERPRISES,
INC., *et al*.,

    Defendants.

Case No. 3:23-cv-254

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE IN THE DAYTON SEAT OF COURT**

---

The undersigned has recently acquired a conflict of interest in this case. Consequently, recusal is warranted. *See* 28 U.S.C. § 455(a). The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Court for random reassignment to another United States District Judge in the Dayton seat of Court eligible to preside over this case.

    **IT IS SO ORDERED.**

   May 31, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge